# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sevendson Irelson,<br><br>    Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC;<br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and TransUnion, LLC,<br><br>    Defendants. | Case No. 2:23-cv-04117-MHW-EPD |

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. and Exeter Finance, LLC remain pending.

Dated: February 2, 2024

                                            */s/ James D. Miller*
                                            James D. Miller, Esq.
                                            PO Box 233
                                            Jackson Center, OH  45334

                                            Mailing Address:
                                            McCarthy Law, PLC

1

                4250 North Drinkwater Blvd, Suite 320
                Scottsdale, AZ  85251
                Telephone: (602) 456-8900
                Fax: (602) 218-4447
                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                /s/ *James D. Miller*