UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sevendson Irelson,<br><br>    Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC;<br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and TransUnion, LLC,<br><br>    Defendants. | Case No. 2:23-cv-04117-MHW-EPD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXETER FINANCE, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Exeter Finance, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated: February 13, 2024

/s/ James D. Miller
James D. Miller, Esq.
PO Box 233
Jackson Center, OH  45334

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *James D. Miller*