## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sevendson Irelson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC;<br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and TransUnion, LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-04117-MHW-EPD |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:  February 22, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ James D. Miller*
　　　　　　　　　　　　　　　　　　　　James D. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　PO Box 233
　　　　　　　　　　　　　　　　　　　　Jackson Center, OH  45334

1

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

 /s/ *James D. Miller*